UNITED STATES DISTRICT COURT
For the
Northern District of Indiana

Sharon M Miller )
    Plaintiff, )
     )
-vs- )   CAUSE NO.: 4:18-cv-00099-APR
     )
Purdue University )
    Defendant. )

## MOTION TO WITHDRAW APPEARANCE

The Plaintiff, by Counsel, requests the Court for a withdrawal of his Appearance in this matter and shows the Court as follows:

1. The undersigned was appointed for limited purpose of assisting in the settlement conference aspect.

2. The undersigned has advised Plaintiff that his representation will not continue in this matter.

3. Plaintiff's information is the same as currently on file with the Court as she has been, and will continue to be, pro se.

4. Plaintiff is aware of any Court dates previously established by this Court.

WHEREFORE, Counsel prays the Court to grant this motion and for all other relief that is just and proper.

Respectfully submitted,

/s/Christopher P. Phillips
CHRISTOPHER P. PHILLIPS
Phillips Law Office, P.C.
103-A South Main Street
Monticello, IN 47960
574-808-0809

## **CERTIFICATE OF SERVICE**

I certify that on the 31st day of July 2019 a copy of the foregoing *Motion to Withdraw Appearance* was served upon the parties of record via E-file Service.

/s/Christopher P. Phillips