AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

| Sharon M Miller | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Case No. 4:18-cv-00099-APR |
| Purdue University | ) |
| Defendant | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Sharon M Miller

Date: 09/10/2019

/s/ Christopher P. Phillips
*Attorney's signature*

Christopher P. Phillips, #30079-64
*Printed name and bar number*
103 South Main Street, Suite A
Monticello, IN 47960

*Address*

christopher.phillipslaw@gmail.com
*E-mail address*

(574) 808-0809
*Telephone number*

(574) 583-0519
*FAX number*